AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America </br> v. </br> Robert M. Cao </br> DOB   XX-XX-XXXX </br> </br> *Defendant(s)* | Case: 1:21-mj-00598 </br> Assigned To : Meriweather, Robin M. </br> Assign. Date : 9/12/2021 </br> Description: Complaint w/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 23, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Unlawful Distribution of a Controlled Substance |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Jesse A. Dodson, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __Telephone__ (specify reliable electronic means).

Date: __09/13/2021__

*Judge's signature*

City and state: __Washington, D.C.__   U.S. Magistrate Judge Robin M. Meriweather
*Printed name and title*