IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 21-CR-709 (TSC) |
| | ) | |
| ROBERT CAO | ) | |

**UNOPPOSED MOTION TO MODIFY CONDITIONS PRE-TRIAL RELEASE**

Robert Cao, by and through counsel, respectfully moves this Court to modify his conditions of pre-trial release conditions in this case.

1. On September 15, 2021, Mr. Cao was released into the High Intensity Supervision Program (HISP) and directed to reside in his apartment in northern Virginia.

2. Mr. Cao has been compliant with his pre-trial release conditions since his release in September.

3. Mr. Cao now requests that he be allowed to relocate to Lafayette, Louisiana, to live with his mother. Lafayette is located in the Western District of Louisiana. Undersigned counsel has been in contact with the Pre-trial Services Agency and has been informed that 1) the proposed address provided by Mr. Cao has been verified and 2) the Western District of Louisiana has agreed to accept supervision of Mr. Cao, and requested a travel condition be added that allows Mr. Cao to travel within the Western District of Louisiana. All other conditions of release will remain in place.

In the event the Court grants this motion, Mr. Cao will notify the Pre-trial Services Agency in this District of his dates and travel. He will be monitored (by GPS monitoring) by this District until he reports to the Pre-trial Services Agency in the Western District of

Louisiana. When he reports to the Western District of Louisiana, a new ankle monitor will be installed by that District.

4. The Government, per Assistant United States Attorney Christine Macey, does not oppose this motion.

5. Mr. Cao, therefore, requests that the Court modify his conditions of release to allow him to reside with his mother in Lafayette, Louisiana; that his conditions of pre-trial release be supervised by the Western District of Louisiana; and, that his conditions of pre-trial release include travel within the Western District of Louisiana.

WHEREFORE, for these reasons and any such reasons that shall appear to the Court, the defendant, Robert Cao, respectfully requests that his motion be granted.

                              Respectfully Submitted,

                              A. J. KRAMER
                              FEDERAL PUBLIC DEFENDER

                              _____/S/_____
                              DAVID W. BOS
                              Assistant Federal Public Defender
                              625 Indiana Avenue, N.W., Suite 550
                              Washington, D.C. 20004
                              (202) 208-7500