## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 21-CR-709 (TSC) |
| | ) | |
| ROBERT CAO | ) | |

### ORDER

Upon consideration of the Defendant's Unopposed Motion to Modify Conditions of Pre-trial release, it is hereby:

**ORDERED** that the Defendant may reside with his mother in Lafayette, Louisiana; compliance of the Defendant's conditions of pre-trial release shall be supervised by the Western District of Louisiana, and; the Defendant's conditions of pre-trial release shall be modified to include travel within the Western District of Louisiana. It is

**FURTHER ORDERED**, that all other conditions of pre-trial release shall remain in effect.

SO ORDERED.

*Tanya S. Chutkan*
TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE

Date: 12/30/2021