UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | Criminal No. 21-cr-709 (TSC) |
| | : | |
| **ROBERT M. CAO,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

COMES NOW, Jonathan Meltz of the Chapman Law Group who files this appearance as retained counsel for the defendant. Counsel shall represent defendant as co-counsel with Ashli Summer McKeivier.

Respectfully submitted,

CHAPMAN LAW GROUP

/s/ *Jonathan Meltz*
Jonathan Meltz
Bar No.: FL0116
701 Waterford Way, Suite 340
Miami, FL 33126
jmeltz@chapmanlawgroup.com
T: (305) 712-7177