UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : Criminal No. 21-cr-709 (TSC) |
| | : |
| ROBERT M. CAO, | : |
| | : |
| Defendant. | : |

# ORDER

Upon consideration of the Defendant's Motion to Modify Conditions of Pretrial Release, it is hereby:

**ORDERED** that the Defendant's conditions of pre-trial release shall be modified in that GPS location monitoring technology is no longer required.

**FURTHER ORDERED** that all other conditions of pre-trial release shall remain in effect.

**SO ORDERED.**

_____
TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE