UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case Number: 21-cr-709 (TSC) |
| : | |
| ROBERT M. CAO, : | |
| : | |
| Defendant. : | |

### MOTION FOR EARLY TERMINATION OF MY SUPERVISED RELEASE

Dear Honorable Judge Tanya Chutkan,

    I would like to formally request for the early termination of my supervised release. I have maintained employment as a successful realtor licensed in the state of Louisiana, tested negative with every one of my drug tests and completed 100 hours of community service. I have also paid $500 for the assessed monetary penalties. Lastly, I have not committed any federal, state or local crimes, including any traffic violations.

    Since the beginning of my supervised release on January 29, 2024, I have successfully adhered to all of the mandatory, standard and special conditions. My probation officer and I believe I no longer need the supervision of a probation officer because I do not pose a risk to public safety. He fully supports my early termination.

    If you have any questions regarding my adherence to any of the conditions or my risk to public safety, my probation officer Justin Opdenhoff will be available to talk to you. His cell phone number is (337) 207-8236.

Respectfully,

*R. C.*

Robert M. Cao

Date: April 24, 2025